ACCEPTED
03-15-00241-CR
6899671
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

N0. 03-15-00241-CR

| | | |
|---|---|---|
| MICHAEL JOHN JAMES | § | IN THE COURT OF APPEALS |
| Appellant | | 3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>9/14/2015 12:00:00 AM |
| VS. | § | THIRD JUDICIAL DISTRICT JEFFREY D. KYLE<br>Clerk |
| THE STATE OF TEXAS | § | STATE OF TEXAS |
| Appellee | | |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, **MICHAEL JOHN JAMES**, Appellant, by and through his counsel of record, Leonard Martinez, and files this his motion for an extension for 30 days in which to file the Appellant's Brief. In support of this motion, Appellant would show the Court the following:

### I.

Appellant's brief was due on 8-24-15 and is overdue. Counsel's failure to file Appellant's Brief is due to mitigating circumstances.

### II.

Counsel continues to maintain a difficult case docket and also continues to have challenging health issues. Counsel underwent lower back surgery for debilitating pain on 7-22-15 and is recovering. There were complications and I felt as if those would resolve quickly, they did not. I have continued to work on completing the brief and have it almost done, but due to the fact specific basis for

the claim being raised, counsel is being cautious and reexamining the issue to make sure he is not compromising a future post conviction claim.

Counsel should be able to complete the brief within 10 days and requests until 9-21-15 to submit the brief.

WHEREFORE, Appellant prays that the Court grant this motion and extend the deadline for filing the Appellant's Brief to 9-21-15.

Respectfully submitted,

/s/Leonard Martinez
Leonard Martinez
812 San Antonio, Suite 104
Austin, Texas 78701
(512) 472-0958
(512) 472-3053 Fax
Bar No. 13142750

ATTORNEY FOR APPELLANT

Certificate of Service

I certify that a true and correct copy of the foregoing document was sent to the Travis County District Attorney this 13th Day of September, 2015.

/s/Leonard Martinez
Leonard Martinez